| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF CHISAGO | DISTRICT COURT<br>TENTH JUDICIAL DISTRICT<br>FAMILY COURT DIVISION<br>CASE TYPE: Dissolution with child |

In Re the Marriage of:

Kayla Lynn Sybrant,

        Petitioner,

and

Aaron Dale Sybrant,

        Respondent.

Court File No. 13-FA-23-136

**NOTICE OF MOTION AND MOTION**

**TO: RESPONDENT AARON SYBRANT, SELF-REPRESENTED PARTY, AT AARONSYBRANTSTUDIO@GMAIL.COM:**

    **PLEASE TAKE NOTICE** that on June 17, 2024, at 9:00 a.m. before the Honorable Catherine Trevino, Judge of the District Court, at the Chisago County Courthouse, 313 North Main Street, Center City, MN 55012, in Courtroom B, Petitioner Kayla Sybrant will move the Court for an Order granting the following relief:

1. Finding Respondent to be a frivolous litigant pursuant to Minn. Gen. R. Pract. 9.02;

2. Imposing preconditions, including submitting any future filings to the Court for review, before filing;

3. Requiring Respondent to post security of a minimum of $5,000 before filing any motion or document with the Court;

4. For such other and further relief as the Court deems fair, just, and equitable.

### NOTICE TO THE OTHER PARTY

    The grounds for this motion are as stated in the attached Affidavit and memorandum of law. The Rules establish deadlines for responding to motions. All responsive pleadings shall be served and filed with the court administrator no later than 7 days before the scheduled hearing. The court may, in its discretion, disregard any responsive pleadings served or filed with the

1

court administrator less than 7 days before such hearing in ruling on the motion or matter in question.

If you want to respond to anything raised by the other party in his/her papers, your written response must be served on Petitioner's attorney at least 7 days before the hearing or mailed to Petitioner's attorney at least 10 days before the hearing. Responsive papers are available from the Court Administrator's office or online at http://mncourts.gov/GetForms. Your responsive papers must be filed with the Court Administrator at least 7 days before the hearing.

If you want to raise new issues at the hearing the other party has scheduled, your Motion and Affidavit must be served on Petitioner's attorney at least 14 days before the hearing. If you are mailing your papers to Petitioner's attorney, you must mail them at least 17 days before the hearing. Your papers raising new issues must be filed with the Court Administrator at least 14 days before the hearing.

Date: May 3, 2024

**SWEDBACK LAW, PLLC**

/s/ *Julie K. Swedback*
Julie K. Swedback (MN #241295)
209 Churchill St. W., #105
Stillwater, MN 55082
651.321.3001
julie@swedbacklaw.com

ATTORNEY FOR PETITIONER

**ACKNOWLEDGMENT**

I hereby acknowledge that sanctions may be awarded pursuant to Minn. Stat. § 549.211, subd. 3, if the Court determines that this pleading violates Minn. Stat. § 549.211, subd. 2.

Date: May 3, 2024          /s/ *Julie K. Swedback*
                           Julie K. Swedback